In the Matter of the Estate of BREWER D. PHILLIPS, Deceased. ANNA H. M. PHILLIPS, an Incompetent, by LEWIS C. MERRILL, as Committee, Appellant; BANK OF JAMESTOWN, as Executor of BREWER D. PHILLIPS, Deceased, et al., Respondents.— Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

WEINSTEIN & RUBIN BUILDING CORPORATION, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 25488.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

GERTRUDE Q. ERLICH, Individually and as Executrix of HENRY ERLICH, Deceased, Respondent, v. MAX I. LANDMAN, Appellant.— Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

MERWIN K. HART, Appellant, v. FRIENDS OF DEMOCRACY, INC., et al., Respondents, et al., Defendants.— Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ROLAND WHEELER et al., Respondents, v. JOHN P. BURKE, Individually and as President-Secretary of International Brotherhood Pulp, Sulphite and Paper Mill Workers of the United States, Canada, and Newfoundland, et al., Appellants.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

CARRIE ANTHONY, as Administratrix of the Estate of TRACY A. ANTHONY, Deceased, Appellant, v. JENNIE SCHOFIELD, Respondent.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

JOHN P. MAIER, Suing on Behalf of Himself and All Other Persons Similarly Situated, Respondent, v. PETER P. CORCORAN, Appellant, ROYAL DEVELOPMENT COMPANY et al., Respondents, and W. STANLEY BROWN et al., Interveners, Respondents. PETER P. CORCORAN, Suing on Behalf of Himself and All Other Creditors, Appellant, v. ROYAL DEVELOPMENT COMPANY, Respondent, and W. STANLEY BROWN et al., Interveners, Respondents.— Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

GRETE HEINEMANN, Respondent, v. JEWISH AGRICULTURAL SOCIETY, INC., Appellant.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

HERBERT HEINEMANN, Respondent, v. JEWISH AGRICULTURAL SOCIETY, INC., Appellant.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Application of KARL A. McCORMICK, Proctor of the Bar for the Eighth Judicial District.— Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.